## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN VINCENT WATERS,** | : | **Civil No. 1:22-cv-448** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **BERNADETTE MASON,** | : | |
| **Superintendent, et al.,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

### <u>ORDER</u>

AND NOW, this day of 16th March 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the petition for a writ of habeas corpus in this case is DENIED, and that a certificate of appealability will not issue. The clerk is directed to CLOSE this file.

<u>*S/ Martin C. Carlson*</u>
Martin C. Carlson
United States Magistrate Judge